UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br><br>CALAMANDA HERNANDEZ-AVILA (2),<br><br><br>             Defendants. | CASE NO. 06-CR-0479-002-L<br><br>ORDER AUTHORIZING<br>ADDITIONAL INTERPRETER<br>SERVICES |

On reading the ex-parte application for additional interpreter expenses and good cause appearing therefore:

IT IS HEREBY ORDERED that additional interpreter expenses are authorized to be paid to Brenda Leyva, Interpreter, in connection with this matter, not to exceed, the sum of $675.00, making a total authorization to date, not to exceed, the sum of $1175.00.

IT IS FURTHER ORDERED that the application in support of this Order be sealed.  This Order shall not be sealed.

DATED:  November 20, 2006

_____
M. James Lorenz
United States District Court Judge

UNITED STATES v. HERNANDEZ-AVILA
CASE NO. 06-CR-0479-002-L