UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-CR-0479-002-L |
| Plaintiff, ) | SECOND ORDER AUTHORIZING ADDITIONAL INTERPRETER SERVICES |
| vs. ) | |
| CALAMANDA HERNANDEZ-AVILA, (2) ) | |
| Defendant ) | |

On reading the ex-parte application for additional interpreter expenses and good cause appearing therefore:

IT IS HEREBY ORDERED that additional interpreter expenses are authorized to be paid to Brenda Leyva, Interpreter, in connection with this matter, not to exceed, the sum of $180.00, making a total authorization to date, not to exceed, the sum of $1,355.00.

IT IS FURTHER ORDERED that the application in support of this Order be sealed. This Order shall not be sealed.

DATED: March 22, 2007

M. James Lorenz
United States District Court Judge

UNITED STATES OF AMERICA vs. AVILA-HERNANDEZ
CASE NO. 06-CR-0479-002-L